# IN THE SUPREME COURT OF TEXAS

No. 14-0213

IN RE MID CENTURY INSURANCE COMPANY OF TEXAS

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.    Relator's emergency motion to stay order, filed March 21, 2014, is granted.  The order granting Plaintiff's Motion to Compel, dated February 4, 2014, in Cause No. B-177,392-B, styled *Horace Hebert and Billie Hebert v. Robert Conrad*, in the 60th District Court of Jefferson County, Texas, is stayed pending further order of this Court.

2.    The real parties in interest are requested to respond to relator's petition for writ of mandamus on or before May 23, 2014.

3.    The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this May 13, 2014.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK